RECEIVED

SEP 22 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Breanna Sherrell Morris
2769 Ketchum Rd. Apt. 2
Memphis, TN 38114
901-666-9874 (na)
morrisbreanna9@outlook.com

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE (MEMPHIS, SHELBY COUNTY)

Rule: FRCP Rule 1

| | |
|---|---|
| Breanna Sherrell Morris,<br>Plaintiff,<br>v. (vs.)<br>Brittney Marie Prince,<br>Defendant. | ) Breanna Sherrell Morris,<br>) Plaintiff.<br>) Case Number (file number):<br>)<br>)<br>)<br>) |

EMERGENCY COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF AND CLAIM FOR RELIEF

To THE Defendant AND JUDGE:

Plaintiff, Breanna Sherrell Morris, (here in after Ms. Morris) appearing as the LIVING WOMAN filing in proper pro-se (never married and has a minor kid(s)) reserving all rights without prejudice, complains of defendant and shows the court the following:

1.) JURISDICTION, VENUE, AND SUBJECT MATTER:
Where concurrent jurisdiction(s) exist, this action shall be proper under personal jurisdiction, General jurisdiction, if not all other jurisdictions including federal statutes as such as 28 U.S.C.A. § 1331, etc. Subject

Breanna Sherrell Morris
9/22/2026
1:17 p.m.

Breanna Sherrell Morris
2769 Ketchum Rd, Apt.2
memphis, TN 38114
901-666-9874(na)
morrisbreanna9@outlook.com

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE (MEMPHIS, SHELBY COUNTY)

Rule: ______

Breanna Sherrell Morris, plaintiff, V.(vs.) Breanna Sherrell Morris, Plaintiff. Brittney Marie Prince, Defendant.

Case Number (file number):

EMERGENCY COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF AND CLAIM FOR RELIEF

matter shall be proper as Federal-Question Jurisdiction arising under federal law as such as 18 U.S.C.A. §1968, 18 U.S.C.A §241, 18 U.S.C.A. §1595, 28 U.S.C.A. §1331, etc., and constitutional violations. This court's jurisdiction is invoked pursuant to the plaintiff's rights and interests exceeds $75,000.00.

2.) PARTIES:

Plaintiff, Breanna Sherrell Morris, is now at all times relevant to this complaint, a resident of city of Memphis, County of Shelby, State of Tennessee (2769 Ketchum Rd. Apt. 2, 38114).

Defendant, Brittney Marie Prince, is now at all times relevant to this complaint, a resident of (Address has not been updated or 1208 Edenham Ct Apt 103 Virginia Beach VA 23464 or Unknown/unverified.)

Breanna Sherrell Morris
9/22/2026

1:17p.M.



Page 2 of 4

Breanna Sherrell Morris
2769 Ketchum Rd. Apt. 2
Memphis, TN 38114
901-666-9874 (na)
morrisbreanna9@outlook.com

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE (MEMPHIS, SHELBY COUNTY)

Rule: ______________________

Breanna Sherrell Morris, Plaintiff V. (vs.) Brittney Marie Prince, Defendant.

Breanna Sherrell Morris, Plaintiff.

Case Number (file number):

EMERGENCY COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF AND CLAIM FOR RELIEF

3.) CAUSE OF ACTION:

EMERGENCY need to stop retaliations, Furtherance of conspiracies, and discriminations. Premeditated intent occuring currently because of defendant Knowingly assisted others in issues resulting in plaintiff and child suffering at the defendant's fault and seeks mandatory restitution.

4.) CLAIM FOR RELIEF:

4.1) plaintiff, Breanna Sherrell Morris, alleges/claims beginning on or before or after November 11, 2018, that the defendant, Brittney Marie Prince, conspired and/or premeditatedly furthered conspiracies and benefiting /benefitted from the wrongful crimes against the plaintiff and her child within the united states of America and maybe outside of the country or continent of North America and the united States, resulting the plaintiff and her child to suffer irreparable harm and unfairness because of discriminations and unequal rights according to the constitution of the united states of america. (Including stalking to premeditatedly mock/imitate plaintiff)



Breanna Sherrell Morris
9/22/2026 1:17 p.m.

Breanna Sherrell Morris
2769 Ketchum Rd. Apt. 2
Memphis, TN 38114
901-666-9874 (na)
morrisbreanna9@outlook.com

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE (MEMPHIS, SHELBY COUNTY)

Rule: ______________________

Breanna Sherrell Morris, plaintiff, v. (vs.) Brittney Marie Prince, Defendant.

Breanna Sherrell Morris, Plaintiff.

Case Number (file number):

EMERGENCY COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF AND CLAIM FOR RELIEF

The plaintiff seeks injunctive relief to stop invasions of privacies, discriminations, furtherance of conspiracies and permanent restraining order/foreign restraining order to prevent future harm for the plaintiff, her child, and others and all entitled remedies and/or compensations and justices. Plaintiff seeks compensation for $7,000,000.00 and prosecution to stop fraud and in equitable relief of wasted time and unfair slavery/involuntary servitude.

Wherefore, PLAINTIFF, DEMANDS/REQUESTS THE FOLLOWING:

1. That proper process be issued and be served upon the defendant, and that he/she/they/it be required to appear and answer this complaint within reasonable time(s).
2. Mandatory Judicial Notice of prima facie evidence and all other discovery.

Breanna Sherrell Morris
9/22/2026

11:19 p.m.